```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 02058
   GREGORIO T VALDEZ
   MARTHA VALDEZ                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-2443    SSN XXX-XX-0111

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/04/2006 and was confirmed 04/27/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was dismissed after confirmation 10/09/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                         PAID         PAID
--------------------------------------------------------------------------
AMERICAN GENERAL FINANCE SECURED           1473.74        297.11      1473.74
CHASE HOME FINANCE LLC   CURRENT MORTG        .00            .00          .00
CHASE HOME FINANCE LLC   MORTGAGE ARRE    5894.36            .00      5894.36
CODILIS & ASSOCIATES ^   NOTICE ONLY    NOT FILED           .00          .00
CAPITAL ONE              UNSECURED         666.53           .00        88.52
CAPITAL ONE              UNSECURED            .00           .00          .00
ROUNDUP FUNDING LLC      UNSECURED         831.60           .00       110.44
ENCORE RECEIVABLE MANAGE UNSECURED      NOT FILED           .00          .00
FIRST EXPRESS            UNSECURED         642.18           .00        85.29
FASHION BUG/SOANB        UNSECURED      NOT FILED           .00          .00
HARRIS & HARRIS          NOTICE ONLY    NOT FILED           .00          .00
ECAST SETTLEMENT CORP    UNSECURED        1419.92           .00       188.58
HSBC NEVADA              NOTICE ONLY    NOT FILED           .00          .00
HSBC/CARSONS             UNSECURED      NOT FILED           .00          .00
KOHLS                    NOTICE ONLY    NOT FILED           .00          .00
KOHLS                    UNSECURED        1234.20           .00       163.91
MERRICK BANK~            UNSECURED      NOT FILED           .00          .00
MERRICK BANK             UNSECURED         917.49           .00       121.85
MRSI                     UNSECURED      NOT FILED           .00          .00
ILLINOIS/INDIANA EM-1 ME UNSECURED         156.00           .00        20.72
NCO FINANCIAL SYSTEM     UNSECURED      NOT FILED           .00          .00
NCO FINANCIAL SYSTEM     UNSECURED      NOT FILED           .00          .00
OXFORD COLLECTION SERVIC UNSECURED      NOT FILED           .00          .00
B-LINE LLC               UNSECURED            .00           .00          .00
TARGET                   NOTICE ONLY    NOT FILED           .00          .00
RNB TARGET               UNSECURED      NOT FILED           .00          .00
WELLS FARGO FINANCIAL    NOTICE ONLY    NOT FILED           .00          .00
CHADWICKS OF BOSTON      UNSECURED      NOT FILED           .00          .00
WELLS FARGO FINANCIAL IL UNSECURED         255.00           .00        25.50
ROUNDUP FUNDING LLC      UNSECURED         657.92           .00        87.38
SMC                      UNSECURED         804.40           .00       106.83
ROUNDUP FUNDING LLC      UNSECURED        1343.67           .00       178.45

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 02058 GREGORIO T VALDEZ & MARTHA VALDEZ
```

```
ROUNDUP FUNDING LLC        UNSECURED          303.25              .00           30.33
ROUNDUP FUNDING LLC        UNSECURED          220.90              .00           22.09
NICOR GAS                  UNSECURED          236.69              .00           23.67
ROUNDUP FUNDING LLC        UNSECURED          112.00              .00           97.17
CENTRAL FLORIDA INVESTME   CURRENT MORTG         .00              .00             .00
CENTRAL FLORIDA INVESTME   SECURED NOT I     3973.99              .00             .00
STEVEN A LEAHY             DEBTOR ATTY      1,794.00                         1,794.00
TOM VAUGHN                 TRUSTEE                                             708.24
DEBTOR REFUND              REFUND                                               36.82

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                  11,555.00

PRIORITY                                           .00
SECURED                                       7,368.10
    INTEREST                                    297.11
UNSECURED                                     1,350.73
ADMINISTRATIVE                                1,794.00
TRUSTEE COMPENSATION                            708.24
DEBTOR REFUND                                    36.82
                         ---------------    ---------------
TOTALS                    11,555.00           11,555.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 01/27/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE